IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC BULLIN**                                                                              **PETITIONER**

v.                                                                           No. 4:22CV13-SA-JMV

**MDOC, ET AL.**                                                                       **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 19, 2022, the court entered an order requiring the petitioner, within 30 days, to either submit the $5.00 filing fee in this case or to file a motion to proceed as a pauper. Doc. 4. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on February 18, 2022. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 22nd day of March, 2022.

                                                                           /s/ Sharion Aycock
                                                                           U. S. DISTRICT JUDGE